LIONEL Z. GLANCY (134180)
MARC L. GODINO (182689)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Attorneys for Plaintiff*

FILED BY FAX PURSUANT TO LOCAL RULES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 09 0330

JACOB MEDWAY, Individually and on Behalf of All Other Persons Similarly Situated,

Plaintiff,

v.

APPLE, INC., a California Corporation

Defendants.

CASE NO.

**CLASS ACTION**

**DECLARATION OF MARC L. GODINO PURSUANT TO CALIFORNIA CIVIL CODE SECTION 1780(c)**

I, Marc L. Godino, declare as follows:

1. I am an associate with the law firm Glancy Binkow & Goldberg LLP, counsel for Plaintiff Jacob Medway in this action. I am admitted to practice law in California and before this Court, and am a member in good standing of the State Bar of California. This affidavit is made pursuant to California Civil Code §1780(c). I make this affidavit based on my research of public records and also upon personal knowledge and, if called upon to do so, could and would testify competently thereto.

2. According to public records, Defendant Apple, Inc. maintains its headquarters in Cupertino, California, as alleged in the accompanying Class Action Complaint.

I declare under penalty of perjury under the laws of the United States of America on this 2^(6th) day of January 2009, in Los Angeles, California that the foregoing is true and correct.

_____
Marc L. Godino