LIONEL Z. GLANCY (134180)
MARC L. GODINO (182689)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB MEDWAY, Individually and on Behalf of All Other Persons Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., a California Corporation <br><br> Defendants. | CASE NO. CV 09 0330 BZ <br><br> **CLASS ACTION** <br><br> **CERTIFICATE OF INTERESTED PARTIES** <br><br> [Civil L.R. 3-16] |

FILED BY FAX PURSUANT TO LOCAL RULES

Pursuant to Civil Local Rule 3-16, the undersigned, counsel of record for Plaintiff Jacob Medway, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Jacob Medway;
2. Glancy Binkow & Goldberg LLP;

| | |
|---|---|
| 1 | 3. Plaintiff and all other consumers who purchased Apple's iPhone 3G |
| 2 | manufactured and marketed by Apple. |
| 3 | |
| 4 | Dated: January 26, 2009    GLANCY BINKOW & GOLDBERG LLP |
| 5 | |
| 6 | By: _____ |
|   | Lionel Z. Glancy |
|   | Marc L. Godino |
| 7 | |
| 8 | 1801 Avenue of the Stars, Suite 311 |
|   | Los Angeles, California 90067 |
| 9 | Telephone: (310) 201-9150 |
|   | Facsimile: (310) 201-9160 |
| 10 | Email: info@glancylaw.com |
| 11 | *Attorneys for Plaintiff* |