Medway v. Apple, Inc. Doc. 6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Jacob Medway,

        Plaintiff(s),

 v.

Apple Inc.,

        Defendant(s),
                             /

No. C09-0330 BZ

**Clerk's Notice continuing Case Management Conference**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

**YOU ARE NOTIFIED THAT** the Initial Case Management Conference has been moved to **May 18, 2009 at** 4:00p.m. before the Honorable Bernard Zimmerman.

Please report to courtroom G, on the 15th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: January 28, 2009

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
    Simone Voltz
    Courtroom Deputy

Dockets.Justia.com