LIONEL Z. GLANCY (134180)
MARC L. GODINO (182689)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Attorneys for Plaintiff Jacob Medway*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB MEDWAY, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC., a California Corporation<br><br>Defendants. | CASE NO. CV-090330 BZ<br><br>**CLASS ACTION**<br><br>**NOTICE OF FILING OF PROOF OF SERVICE OF SUMMONS ON DEFENDANT APPLE, INC.** |

Please note that on January 30, 2009, plaintiff, Jacob Medway personally served defendant, Apple, Inc., a California corporation, a Summons in a Civil Action through defendant's registered agent, Vivian Imperial, Process Specialist, of CT Corporation System.

This Notice is based on the document, Proof of Service Summons in a Civil Action, attached hereto and incorporated herein by this reference.

Dated: February 13, 2009

GLANCY BINKOW & GOLDBERG LLP

By: _____
Lionel Z. Glancy
Marc L. Godino

1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Attorneys for Plaintiff Jacob Medway*

| Attorney or Party without Attorney: <br> LIONEL Z. GLANCY, Bar #134180 <br> GLANCY BINKOW & GOLDBERG LLP <br> 1801 AVENUE OF THE STARS <br> SUITE 311 <br> LOS ANGELES, CA 90067 <br> Telephone No: 310-201-9150  FAX No: 310-201-9160 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: JACOB MEDWAY, ETC. | | | | |
| Defendant: APPLE, INC., ETC. | | | | |
| **PROOF OF SERVICE** <br> **SUMMS IN CIV. ACTION** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV090330 BZ |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; CERTIFICATE OF INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDERS FOR MAGISTRATE JUDGE BERNARD ZIMMERMAN; DECLARATION OF MARC L. GODINO PURSUANT TO CALIFORNIA CIVIL CODE SECTION 1780 (C).

3. a. Party served:  APPLE, INC., A CALIFORNIA CORPORATION
   b. Person served: VIVIAN IMPERIAL, PROCESS SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT.

4. Address where the party was served:  818 WEST SEVENTH STREET
   2ND FLOOR
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jan. 30, 2009 (2) at: 1:45PM

7. *Person Who Served Papers:*  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST
   b. FIRST LEGAL SUPPORT SERVICES
   1511 W. BEVERLY BLVD.
   LOS ANGELES, CA 90071
   c. 213-250-1111

   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 5141
      (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Feb. 02, 2009

   (DOUG FORREST)

   Judicial Council Form         PROOF OF SERVICE            4286739.liogl.189132
   Rule 2.150.(a)&(b) Rev January 1, 2007      SUMMS IN CIV. ACTION

## PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 45 AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On February 13, 2009, I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

**NOTICE OF FILING OF PROOF OF SERVICE OF SUMMONS ON DEFENDANT APPLE, INC.**

on all ECF-registered parties in the action and, upon all others not so-registered but listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. They are:

Penelope A. Preovolos (CA SBN 87607)
(Pprevolos@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415-268-7000
Facsimile: 415-268-7522

Andrew D. Muhlbach (CA SBN 175694)
(Amuhlbach@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415-263-7000
Facsimile: 415-268-7522

Heather A. Moser (CA SBN 212686)
(Hmoser@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415-263-7000
Facsimile: 415-268-7522

Executed on February 13, 2009, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

　　　　　　　　　　　*/s/ Peter Binkow*
　　　　　　　　　　　Peter Binkow