PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPrevolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
HEATHER A. MOSER (CA SBN 212686)
(HMoser@mofo.com)

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JACOB MEDWAY, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC., a California Corporation,<br><br>Defendants. | Case No. C 09-00330 JSW<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED that Defendant Apple Inc.'s time to move, answer or otherwise respond to the complaint filed in the above-captioned matter is hereby extended to and including March 23, 2009.

//
//
//
//

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. C 09-00330 JSW
sf-2642549

1

| | |
|---|---|
| Dated: February 17, 2009 | MORRISON & FOERSTER LLP |

By:   /s/ Penelope A. Preovolos
      Penelope A. Preovolos

Attorneys for Defendant
APPLE INC.

| | |
|---|---|
| Dated: February 13, 2009 | GLANCY BINKOW & GOLDBERG LLP |

By:   /s/ Lionel Z. Glancy
      Lionel Z. Glancy

Attorneys for Plaintiff
JACOB MEDWAY

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By:   /s/ Penelope A. Preovolos
      Penelope A. Preovolos