PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPrevolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
HEATHER A. MOSER (CA SBN 212686)
(HMoser@mofo.com)

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JACOB MEDWAY, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC., a California Corporation,<br><br>Defendants. | Case No. C 09-00330 JSW<br><br>**NOTICE OF NEED FOR ADR TELEPHONE CONFERENCE**<br><br>Complaint filed: January 26, 2009 |

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process

☐ request an Early Settlement Conference with a Magistrate Judge

**Date of Case Management Conference: May 8, 2009**

Counsel anticipate that the above-captioned case will be related to and consolidated with the following cases:

NOTICE OF NEED FOR ADR PHONE CONFERENCE
CASE NO. C 09-00330 JSW
sf-2643517

1

- *Ashikian v. Apple Inc., et al.*, No. C 08-05810 PVT;
- *Gillis v. Apple Computer, Inc., et al.*, No. C 09-00122 JF;
- *Keller v. Apple, Inc.*, No. C 09-00121 RMW;
- *Pittman v. Apple, Inc.*, No. C 08-05375 JW;
- *Tanseco v. Apple, Inc., et al.*, No. C 09-00275 RS; and
- *Walters v. Apple Inc., et al.*, No. C 09-00187 JF.

Accordingly, the parties believe it would be premature to hold an ADR phone conference at this time.

Dated: February 17, 2009  MORRISON & FOERSTER LLP

By: /s/ Penelope A. Preovolos
Penelope A. Preovolos

Attorneys for Defendant
APPLE INC.

Dated: February 17, 2009  GLANCY BINKOW & GOLDBERG LLP

By: /s/ Marc L. Godino
Marc L. Godino

Attorneys for Plaintiff
JACOB MEDWAY

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By: /s/ Penelope A. Preovolos
Penelope A. Preovolos

NOTICE OF NEED FOR ADR PHONE CONFERENCE
CASE NO. C 09-00330 JSW
sf-2643517

2