Gordon M. Fauth, Jr. (Cal. Bar No. 190280)
gmf@classlitigation.com
**LITIGATION LAW GROUP**
1801 Clement Avenue, Suite 101
Alameda, California 94501
Telephone (510) 238-9610
Facsimile (510) 337-1431

Attorneys for Individual and
Representative Plaintiff James R. Pittman

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JAMES R. PITTMAN, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br>          v.<br><br>APPLE, INC., a California Corporation,<br><br>                    Defendant | ) Case No. C 08-05375 JW<br>)<br>)<br>) **CLASS ACTION**<br>)<br>)<br>)<br>) **NOTICE OF RELATED CASES**<br>)<br>)<br>) |

TO DEFENDANT AND ITS ATTORNEYS OF RECORD, THE UNITED STATES DISTRICT

COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND ALL OTHER

INTERESTED PERSONS:

    **PLEASE TAKE NOTICE THAT** Plaintiff James R. Pittman submits this Notice of

Related Cases pursuant to Northern District Local Rule 3-12. The following pending actions are

related to the present action within the meaning of Local Rule 3-12:

    (1)    *Tanseco v. Apple Inc., et al.*, Case No. C00-00275 RS, filed in the United States

District Court for the District of New Jersey on August 29, 2008, and transferred to the Northern

District of California, San Jose Division, on January 22, 2009; and

NOTICE OF RELATED CASES

1        (2)     *Medway v. Apple Inc.*, Case No. C09-00330 JSW, filed in the United States

2 District Court for the Northern District of California, San Jose Division, on January 26, 2009.

3                               Respectfully submitted,

4                           **LITIGATION LAW GROUP**

7 Date: February 19, 2009       By: \_\_\_\_\_/S/ Gordon M. Fauth, Jr.\_\_\_\_\_

8                               Gordon M. Fauth, Jr.

9                               1801 Clement Avenue, Suite 101
Alameda, California 94501
10                               Telephone (510) 238-9610
Facsimile (510) 337-1431

12                               Attorneys for Individual and Representative
Plaintiff James R. Pittman

2