| | |
|---|---|
| 1 | PENELOPE A. PREOVOLOS (CA SBN 87607)<br>(PPreovolos@mofo.com) |
| 2 | ANDREW D. MUHLBACH (CA SBN 175694)<br>(AMuhlbach@mofo.com) |
| 3 | HEATHER A. MOSER (CA SBN 212686)<br>(HMoser@mofo.com) |
| 4 | MORRISON & FOERSTER LLP<br>425 Market Street |
| 5 | San Francisco, California 94105-2482<br>Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | *Attorneys for Defendant*<br>APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JACOB MEDWAY, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>                     Plaintiff,<br><br>   v.<br><br>APPLE INC., a California Corporation,<br><br>                     Defendant. | Case No. CV 09-00330-JSW<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**[N.D. CAL. LOCAL RULE 3-16]**<br><br>Complaint filed: January 26, 2009 |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. CV 09-00330-JSW
sf-2648462

| | |
|---|---|
| 1 | Pursuant to Northern District Local Rule 3-16 and Federal Rule of Civil Procedure 7.1(a), |
| 2 | defendant Apple Inc. ("Apple"), through its counsel, hereby certifies that the following listed |
| 3 | persons, associations of persons, firms, partnerships, corporations (including parent corporations) |
| 4 | or other entities (i) have a financial interest in the subject matter in controversy or in a party to the |
| 5 | proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be |
| 6 | substantially affected by the outcome of this proceeding.  Apple has no parent corporation. |
| 7 | According to Apple's Proxy Statement filed with the United States Securities and Exchange |
| 8 | Commission in January 2009, there are no beneficial owners that hold more than 10% of Apple's |
| 9 | outstanding common stock. |

Dated: February 25, 2009

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
HEATHER A. MOSER
MORRISON & FOERSTER LLP

By: /s/ Penelope A. Preovolos
      Penelope A. Preovolos

*Attorneys for Defendant*
APPLE INC.

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No.  CV 09-00330-JSW
sf-2648462

1