| | |
|---|---|
| 1 | PENELOPE A. PREOVOLOS (CA SBN 87607)<br>(PPrevolos@mofo.com) |
| 2 | ANDREW D. MUHLBACH (CA SBN 175694)<br>(AMuhlbach@mofo.com) |
| 3 | HEATHER A. MOSER (CA SBN 212686)<br>(HMoser@mofo.com) |
| 4 | |
| 5 | MORRISON & FOERSTER LLP<br>425 Market Street |
| 6 | San Francisco, California 94105-2482<br>Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | Attorneys for Defendants<br>APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JACOB MEDWAY, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC., a California Corporation,<br><br>Defendants. | Case No. C 09-00330 JSW<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

ADR CERTIFICATION
CASE NO. C-09-00330 JSW
sf-2644381

1

**ADR CERTIFICATION FOR APPLE INC.**

Pursuant to Civil Local Rule 16-8(b) and ADR Local Rule 3-5(b), each of the undersigned certifies that he or she has read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the ADR Internet site (www.adr.cand.uscourts.gov), discussed the available dispute resolution options provided by the Court and private entities, and considered whether this case might benefit from any of the available dispute resolution options.

Dated: February 26, 2009          FOR APPLE INC.

                                  By:   /s/ Lynn Miller
                                        Lynn Miller

                                        Senior Litigation Counsel
                                        APPLE INC.


Dated: February 26, 2009          MORRISON & FOERSTER LLP

                                  By:   /s/ Penelope A. Preovolos
                                        Penelope A. Preovolos

                                        Attorneys for Defendant
                                        APPLE INC.


I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

                                  By:   /s/ Penelope A. Preovolos
                                        Penelope A. Preovolos